### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA,**       )<br>                                                              )<br>                    **Plaintiff,**       )<br>                                                              )<br>         **vs.**                                      )<br>                                                              )<br>**JERRIE G. BROWN, JAMES L.**       )<br>**HIGGINS, TROY W. EVANS,**          )<br>**and TERRI JO MAYS,**                    )<br>                                                              )<br>                    **Defendants.**   ) | **Case No. 07-cr-30121-MJR** |

### ORDER CLARIFYING TRIAL DATE

**REAGAN, District Judge:**

Defendants Brown, Higgins, and Mays were arraigned on September 10, 2007. At that time, they were given a trial date of October 29, 2007. Defendant Evans was not arraigned until September 17, 2007, and was inadvertently given a trial date of November 5, 2007. The Court now clarifies that the trial date for all defendants in this case is set for **Monday, October 29, 2007 at 9:00 a.m.**

The Speedy Trial Act requires that trial "not commence less than thirty days from the date on which the defendant first appears through counsel or expressly waives counsel." 28 U.S.C. § 3161(c)(2). Therefore, the setting in this case complies with the Speedy Trial Act, as Evans was arraigned more than thirty days prior to the October 29, 2007 trial date.

**IT IS SO ORDERED.**

**DATED this 26th day of September 2007**

**s/ Michael J. Reagan**
**MICHAEL J. REAGAN**
**United States District Judge**
